B. M. HEEDE, INC., Respondent, *v.* FREDERICK P. ROBERTS et al., Copartners Doing Business under the Name of ROBERT & Co., et al., Appellants.

Submitted April 11, 1949; decided April 14, 1949.

*Copal Mintz* for motion.

*Monroe J. Cahn* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.